EDWARD JURCZENIA ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF GREENWICH ET AL. (11844)

HEIMAN, FREEDMAN and CRETELLA, Js.

Argued November 2—decision released November 23, 1993

*Charles W. Pieterse,* with whom was *L. Page Heslin,* for the appellant (named plaintiff).

*Jane D. Hogeman,* for the appellee (defendant Vincent Giagni).

*John K. Wetmore,* assistant town attorney, for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.